AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| TINA MORRIS <br> *Plaintiff(s)* <br> v. <br> N&N AUTO FINANCE LLC, and JUAN CANTU dba Cantu Recovery <br> *Defendant(s)* | Civil Action No. 1:16-CV-00994-SS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Juan Cantu dba Cantu Recovery, 8913 Slayton Dr., Austin, TX 78753.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexander Trueblood, Trueblood Law Firm, 700 Lavaca Street, Suite 1400
Austin, TX 78701-3102; Tel: (512) 537-0388

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



JEANNETTE J. CLACK

*CLERK OF COURT*

Date: August 22, 2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | | |
|---|---|---|
| TINA MORRIS *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 1:16-CV-00994-SS |
| N&N AUTO FINANCE LLC, and JUAN CANTU dba Cantu Recovery *Defendant(s)* | ) ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    N&N Auto Finance LLC, 5959 N.W. 39th St., Warr Acres, OK 73122.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Alexander Trueblood, Trueblood Law Firm, 700 Lavaca Street, Suite 1400
Austin, TX 78701-3102; Tel: (512) 537-0388

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK

*CLERK OF COURT*



Date: August 22, 2016

*Signature of Clerk or Deputy Clerk*