IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 NOV 10 PM 4: 32
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY

TINA MORRIS,
      Plaintiff,

-vs-              Case No. A-16-CA-994-SS

N&N AUTO FINANCE LLC and JUAN CANTU
d/b/a Cantu Recovery,
      Defendants.

## ORDER

BE IT REMEMBERED on October 18, 2016, this Court entered its Order that plaintiff Tina Morris "shall file a pleading stating the status of this case and why it should not be dismissed for failure to prosecute and comply with the orders of this Court." The deadline of that Order was October 31, 2016, and Tina Morris has filed no pleading in compliance with the October 18, 2016, Order.

   IT IS THEREFORE ORDERED that the above-styled and numbered cause is DISMISSED without prejudice for failure to prosecute and/or comply with the Orders of this Court.

SIGNED this the __10th__ day of November 2016.

              /s/ Sam Sparks
              UNITED STATES DISTRICT JUDGE